DAVID O'SUCH *v.* COMMISSIONER
OF CORRECTION
(AC 33098)

Alvord, Espinosa and Bishop, Js.

Argued September 7—officially released October 2, 2012

Per Curiam. The appeal is dismissed.

ERVIN JAMES ET AL. *v.* JOHN STEINEGGER
(AC 33091)

Beach, Alvord and Schaller, Js.

Argued September 6—officially released October 2, 2012

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* EVERETT O. SMITH
(AC 33359)

Bear, Sheldon and West, Js.

Argued September 11—officially released October 2, 2012

Per Curiam. The judgment is affirmed.